DENNIS K. BURKE
United States Attorney
District of Arizona
REESE V. BOSTWICK
Arizona State Bar No. 009934
Assistant U.S. Attorney
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
reese.bostwick@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br> v. <br><br> $333,520 in United States Currency; 2007 Saturn Aura XE, VIN 1G8ZS57N97F136757, <br><br> Defendants. | **STIPULATED COMPLAINT FOR FORFEITURE <ins>IN REM</ins>** |

COMES NOW the United States of America, by and through its undersigned counsel, in the civil cause of forfeiture and alleges on information and belief:

1. That this is a civil action <ins>in rem</ins> brought to enforce the provisions of 31 U.S.C. § 5332(c) for the forfeiture of $333,520 in United States currency, and one 2007 Saturn Aura XE, VIN 1G8ZS57N97F136757 ("Defendant Property"), which constitutes property involved in a violation of 31 U.S.C. § 5332.

2. That this Court has jurisdiction pursuant to 28 U.S.C. §§1345 and 1355(a).

3. That this Court has <ins>in rem</ins> jurisdiction pursuant to 28 U.S.C. §1355(b).

4. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1) because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to 28 U.S.C. § 1395 because the property is located in this district.

5. That the Defendant Property was seized at the DeConcini Port of Entry in Nogales, Arizona, and is presently within the jurisdiction of this Court and will remain therein throughout the course of these proceedings.

6. Probable cause exists to believe that the Defendant Property shall be forfeited pursuant to 31 U.S.C. § 5332(c) as set forth as follows: On or about April 13, 2010, Misael Sadrak Garcia-Ramos was attempting to exit the United States and to enter the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. He was driving the 2007 Saturn Aura XE, VIN 1G8ZS57N97F136757, which was registered to him. When asked by a U.S. Customs and Border Protection Officer if he had any currency or monetary instruments to report, he declared that he had less than $100. Mr. Garcia-Ramos was then escorted to the waiting room, while a secondary inspection was conducted on his vehicle. During secondary inspection, U.S. Customs and Border Protection Officers discovered that screws that should have been securing the plastic cover in the dashboard firewall area of the vehicle were missing. A K910B "Buster" density meter was then used on the area and it showed a high reading of 65-70. A normal reading is between 15-25. After receiving the high reading, the area was probed and several packages of currency were located. The vehicle was then taken to the lift area, where the packages of currency were removed. A total of $333,520 in United States currency was found. The currency was wrapped in separate brick-like packages, with green cellophane wrapping. The packages had names written on the outside. The names were "Junior," "Horacio," "Chuje," and "Samuel."

On May 12, 2010, Mr. Garcia-Ramos was indicted on charges of bulk cash smuggling and failure to report monetary instruments, under 31 U.S.C. § 5316 and 31 U.S.C. § 5332 respectively. A jury trial began on November 2, 2010, for the charges against Mr. Garcia-Ramos. During the trial, Mr. Garcia-Ramos stated that he was not the owner of the money found in his vehicle. On November 4, 2010, Mr. Garcia-Ramos was found not guilty as to both charges.

7. That the United States and Claimant, Misael Sadrak Garcia-Ramos, have reached an agreement. The terms of the agreement are embodied in a Stipulation for Forfeiture. Pursuant to the terms of that agreement, the parties have agreed to the forfeiture of $328,520 in United States currency, and the 2007 Saturn Aura XE, VIN 1G8ZS57N97F136757, described

herein, after the appropriate procedural steps are taken. The government agrees to return $5,000 in United States currency, in lieu of the 2007 Saturn Aura XE, VIN 1G8ZS57N97F136757, to Claimant Misael Sadrak Garcia-Ramos through his attorney, Jose A. Montano, after the entry of an order for forfeiture.

Wherefore, plaintiff prays that due process issue to enforce the forfeiture of the $328,520 in United States currency, and the 2007 Saturn Aura XE, VIN 1G8ZS57N97F136757; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; and prays that the $328,520 in United States currency, and the 2007 Saturn Aura XE, VIN 1G8ZS57N97F136757 be condemned and forfeited to the United States of America, and delivered to the custody of the U.S. Customs and Border Protection for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted this 30th day of November, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona


*s/ Reese V. Bostwick*

REESE V. BOSTWICK
Assistant U.S. Attorney

VERIFICATION

I, Special Agent Michael A. Monahan, hereby verify and declare under penalty of perjury that I am a Special Agent with the U.S. Immigration and Customs Enforcement, that I have read the foregoing Stipulated Complaint for Forfeiture In Rem and know the contents thereof, and that the matters contained in the Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my case, together with others, as a Special Agent of the U.S. Immigration and Customs Enforcement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _November 22, 2010_

_____
Michael A. Monahan
Special Agent
U.S. Immigration and Customs Enforcement

4