1  DENNIS K. BURKE
   United States Attorney
2  District of Arizona
   REESE V. BOSTWICK
3  Arizona State Bar No. 009934
   Assistant U.S. Attorney
4  405 West Congress Street, Suite 4800
   Tucson, Arizona 85701-5040
5  Telephone: (520) 620-7300
   reese.bostwick@usdoj.gov
6  Attorneys for Plaintiff

7

                    UNITED STATES DISTRICT COURT

8                        DISTRICT OF ARIZONA

9
     United States of America,
10                                              CV 10-703 TUC AWT
              Plaintiff,
11        v.                                 **NOTICE OF PUBLICATION**

12   $333,520 in United States Currency; 2007
     Saturn Aura XE, VIN 1G8ZS57N97F136757,
13
              Defendants.
14

15       PLEASE TAKE NOTICE that pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules

16   for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this action was posted

17   on an official internet government website (www.forfeiture.gov) from December 2, 2010

18   through December 31, 2010.  A copy of the Affidavit and Advertisement Certification Report

19   is attached.

20

21       Respectfully submitted this 3rd day of February, 2011.

22                                      DENNIS K. BURKE
                                        United States Attorney
23                                      District of Arizona

24                                      *s/ Reese V. Bostwick*

25                                      REESE V. BOSTWICK
                                        Assistant U.S. Attorney
26

27

28

1   I hereby certify that on February 3, 2011, I electronically
transmitted the attached document to the Clerk's Office
2   using the CM/ECF System for filing.   A copy of the
foregoing was also transmitted to:

3

Jose Montano, Esq.
4   Attorney for Claimant Misael Garcia-Ramos

5   *s/ Erin Hartman*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          2

28