DENNIS K. BURKE
United States Attorney
District of Arizona
REESE V. BOSTWICK
Arizona State Bar No. 009934
Assistant U.S. Attorney
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
reese.bostwick@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CV 10-703 TUC AWT |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR FORFEITURE** |
| $333,520 in United States Currency; 2007 Saturn Aura XE, VIN 1G8ZS57N97F136757, | **APPLICATION FOR CERTIFICATE OF REASONABLE CAUSE** |
| Defendants. | |

The United States of America, by and through undersigned counsel, and Misael Sadrak Garcia-Ramos (hereinafter "Claimant"), through his attorney, Jose A. Montano, stipulate to this forfeiture agreement and state as follows:

1. That Claimant and the United States of America, have entered into a settlement agreement as to the $333,520 in United States currency and a 2007 Saturn Aura XE, VIN 1G8ZS57N97F136757 (hereinafter "Defendant Property"), which is the subject of this civil forfeiture action, and Claimant further consents to the entry of a Stipulated Judgment for Forfeiture, filed hereafter, consistent with the terms of this Stipulation.

2. That Claimant states that he is the owner or has an interest in the Defendant Property, which was seized on or about April 13, 2010 by the United States Customs and Border Protection, and that he claims exclusive right, title and interest to same.

3. That Jose A. Montano, attorney for Claimant, agrees to waive notice of the Stipulated Complaint for Forfeiture in Rem and the Warrant of Arrest.

4. That after due process of service being given to all interested parties through publication,

1  no other claimants to the subject Defendant Property are known to the Plaintiff.

2      5.  That the United States agrees to return to Claimant, through his attorney, $5,000 in
3  United States currency, in lieu of the 2007 Saturn Aura XE, VIN 1G8ZS57N97F136757, thirty
4  (30) days after completion of publication and entry of judgment.

5      6.  That Claimant shall forfeit all right, title and interest in the remaining currency, that is,
6  $328,520 in United States currency, and the 2007 Saturn Aura XE, VIN 1G8ZS57N97F136757,
7  to the United States, and they shall be condemned and forfeited to the United States.

8      7.  That Claimant agrees to indemnify and hold the government harmless from and against
9  all claims, damages, losses, and action resulting from or arising out of the Defendant Property,
10  and shall not be entitled to costs or attorneys' fees.

11      8.  That Claimant agrees not to contest the issue of whether there was probable cause for
12  the seizure of the Defendant Property.

13      9.  That Claimant knowingly and voluntarily waives all constitutional, legal and equitable
14  defenses to the forfeiture of $328,520 in United States currency, and the 2007 Saturn Aura XE,
15  VIN 1G8ZS57N97F136757 in any proceeding.  Claimant agrees to waive any claim or defense
16  under the Eighth Amendment to the United States Constitution, including any claim of excessive
17  fine, to the forfeiture of the Defendant Property by the United States.

18      10.  That Claimant, his agents, employees or assigns, shall hold and save harmless the
19  United States of America, its agents and employees, from any and all claims which might result
20  from the forfeiture of the Defendant Property.

21      11.  Plaintiff requests this Court issue a Certificate of Reasonable Cause in this action
22  pursuant to 28 U.S.C. §2465.

23                                   DENNIS K. BURKE
                                   United States Attorney
24                                 District of Arizona

25  DATED:    02/03/11        *s/ Reese V. Bostwick*

26                                 REESE V. BOSTWICK
                               Assistant U.S. Attorney
27

28

Case 4:10-cv-00703-AWT   Document 6   Filed 02/03/11   Page 3 of 3

```
 1
 2  DATED: 11/30/10            _____
 3                             MISAEL SADRAK GARCIA-RAMOS
                               Claimant
 4
 5  DATED: 11/30/10            José Montaño  022242
                               JOSE A. MONTANO
 6                             Attorney for Claimant
```